UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.

VINCENT ROSENBALM,

    Plaintiff.

No. C 07-1581 SI (pr)
No. C 07-1675 SI (pr)
No. C 07-1724 SI (pr)
No. C 07-1781 SI (pr)

**ORDER OF DISMISSAL**

    The court denied plaintiff permission to proceed as a pauper in each of these actions, ordered him to pay the full filing fees no later than June 29, 2007, and cautioned him that failure to pay the full filing fees by the deadline would result in dismissal of each action in which the full filing fee was not paid. See June 1, 2007 Order Denying Pauper Status And For Filing Fees, p. 2. The deadline has passed and plaintiff did not pay the filing fee for any of these actions. Accordingly, these actions are dismissed without prejudice for failure to pay the full filing fee.

    Plaintiff has sent several letters to the court complaining that he is not being allowed access to a computer necessary to do electronic filing of his court papers that he thinks are required by the May 11, 2007 "Order Of The Chief Judge In Re: Electronic Filing In Cases With Unrepresented Parties." Plaintiff has misread that order: only represented parties must e-file documents. The order plainly provides that unrepresented litigants (like plaintiff) should continue to file and serve paper copies.

    The clerk shall close the files.

    IT IS SO ORDERED.

Dated: July 12, 2007

                                                            SUSAN ILLSTON
                                                    United States District Judge

**United States District Court**
For the Northern District of California